UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GARY LABARBERA and FRANK FINKEL,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare, Pension,
Annuity, Job Training and Vacation Sick Leave
Trust Funds,

Index No. CV-06-2114 (ARR)(RLM)

COURTESY COPY

                        Plaintiffs,

    -against-

CRUZ CONTRACTING CORP.,

                       Defendant.
---------------------------------------------------------X

**VOLUNTARY WITHDRAWAL**

The undersigned, as attorney of record for plaintiffs herein, hereby voluntarily withdraws the above-entitled action as to CRUZ CONTRACTING CORP. without waiver of or prejudice to the rights of the Trustees of Local 282 I.B. of T. pertaining to the posting of a surety bond or alternate security and to audit the books and records of defendant for all periods, inclusive of the time period encompassed in the Complaint, and/or subject the time period to other means of verification, and to collect any additional contributions, interest, liquidated damages, audit fees and attorneys' fees and costs found to be due and owing for said periods as a result of the audit or other means of verification.

Dated: New York, New York
        July 14, 2006

                                              AVRAM H. SCHREIBER
                                              Attorney for Plaintiffs
                                              40 Exchange Place, Ste. 1300
                                              New York, New York 10005
                                              212-425-7670
SO ORDERED:                                   (AS-2860)

                           7/18/06
ALLYNE R. ROSS - U.S.D.J.